**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOSHUA VINCENT GRANBY,

                         Plaintiff,

  - against -

SUFFOLK COUNTY, GONZALES, Police Officer, in his individual and official capacity, OFFICER ONE, Police Officer, in his individual and official capacity, OFFICER TWO, Police Officer, in his individual and official capacity,

                        Defendants.
----------------------------------------------------------X

**JUDGMENT**

CV-06-5691 (JS)(ARL)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on May 4, 2010, adopting the Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay dated April 15, 2010 in its entirety, dismissing Plaintiff's complaint with prejudice for Plaintiff's failure to comply with prior Court Orders and his failure to prosecute this action, and directing the Clerk of Court to mark this matter closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Plaintiff's case is dismissed with prejudice for Plaintiff's failure to comply with prior Court Orders and his failure to prosecute this action; and that this case is hereby closed.

Dated: Central Islip, New York
       May 11, 2010

                                          ROBERT C. HEINEMANN
                                          CLERK OF THE COURT

                         BY:    /S/ CATHERINE VUKOVICH
                                          DEPUTY CLERK